

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL CHIU
*Assistant Corporation Counsel*
Phone: 212-788-1158
Fax: 212-788-0940
E-mail: dchiu@law.nyc.gov

February 26, 2010

Ms. Jennifer Saunders
c/o Paul Santucci
692 Alban Street
Teaneck, New Jersey 07666

    Re:   <u>Saunders v. New York City Department of Education</u>
           Docket No: 07 CV 2725 (SJF)(LB)

Dear Ms. Saunders:

    Enclosed please find the following documents:

1. Defendant's Notice to Pro Se Litigant;
2. Defendant's Notice of Motion;
3. Defendant's Memorandum of Law in Support of Motion to Dismiss;
4. Defendant's Declaration in Support of Motion to Dismiss; and
5. copies of unreported decisions that are cited in Defendant's Memorandum of Law.

Very truly yours,

Daniel Chiu
Assistant Corporation Counsel

Enc.
cc:   Melinda G. Gordon, Esq.