17 February 2005

To Whom It May Concern:

I was extremely fortunate to have Ms. Saunders as my photography and video production teacher for two years. She showed me how to grow into the young adult that I am today. Ms. Saunders taught me all the attributes to succeed in everything I do: intelligence, motivation and determination.

Ms. Saunders, to my knowledge, is the one teacher in the High School of Graphic Communication Arts, who has a license to teach the video production class. Unfortunately, her role as a teacher was taken away by unfair judgment. A great teacher like Ms. Saunders was taken away from me as a shop teacher and became a substitute. She is a great asset to any student's education and many students, regretfully, won't have the same advantage, as I once did, to be her student.

I strongly recommend Ms. Saunders to be acknowledged and be promoted back to a teacher, who is able to teach a class, which she can call her own. Students shouldn't only think of Ms. Saunders as a substitute, but they should respect her for who she is: a fabulous teacher.

Respectfully,

Yvonne Koo

*[Additional signatures: Maimouna Kane, Fernando Madera, Ramon Batista, Mike Czech, Erik, Albert Bello, and others]*