## OCTOBER 2004

## Labor FAQs – At A Glance

The following is a summary of basic concepts that are described in more detail in this document:

- **Hiring and Assignments**: You, as the head of the school, should be involved in all of the hiring decisions in your school to ensure that your school attracts and retains top talent. To this end, you are entitled to: (1) take an active role in personnel committees (e.g. SBO Staffing and Transfer Plan or New or Redesigned School personnel committees); (2) interview all personnel who will be working in your school; and (3) establish appropriate job criteria for assignments within the school.

- **The School Day and Hours of Work**: While there are some contractual parameters with respect to the school day it is within your discretion to: (1) set schedules for secretaries, social workers, school psychologists, and guidance counselors; and (2) conduct monthly faculty and grade conferences (which are in addition to the 18, 100-minute Professional Development Sessions in effect for the 2004-2005 school year).

- **Programming**: You should be aware that: (1) you may decline to honor a teacher's preference if you have a reasonable educational reason to reject it; (2) you may create the positions of lunchroom coordinator (for each lunchroom), 1-2 deans depending on the number of students enrolled (in middle and high schools), and programmer (in high schools), without the permission of the UFT Chapter; and (3) if a teacher is not assigned for a maximum teaching load, you may assign appropriate professional activities, which you can select and direct (unlike Circular 6R professional activity periods).

- **Professional Activity Periods:** While teachers choose which activity they wish to perform during their Circular 6R professional activity periods, you may: (1) take reasonable steps necessary to ensure that teachers are using these periods in an appropriate manner and are actually working; and (2) include performance during professional periods in the evaluation and rating of an employee.

- **Lateness:** If personnel are consistently late, you may institute payroll deductions pursuant to rules set forth in this document.

- **Progressive Discipline**: You have the authority to suspend without pay or terminate non-pedagogues (e.g. school aides, paraprofessionals, parent coordinators).

## OCTOBER 2004
## USING THIS MANUAL

This collection of guidelines and questions is intended to assist principals and other supervisors in their role as instructional leaders. As the facts of a particular case will vary, supervisors are encouraged to email their Regional Counsel or Labor Relations as the need arises. As with all matters, Principals should keep their LIS apprised of significant labor relations or disciplinary matters.

Should you have any questions regarding any legal issue, your primary contact is your Regional Counsel listed below. Should you have any questions regarding this manual, you may contact Dan McCray, the Director of the Office of Labor Relations and Collective Bargaining at dmccray@nycboe.net. In addition, you may send general legal questions to: Asklegal@nycboe.net.

### Senior Regional Counsel

| | |
|---|---|
| **Regions 1 & 2** | David Brodsky, Esq.<br>Senior Regional Counsel – Regions 1 & 2<br>1 Fordham Plaza<br>Bronx, New York 10458<br>(718) 741-7070 (phone)<br>(718) 741- 5851 (fax)<br>Dbrodsky@nycboe.net (email) |
| **Region 3 & District 75** | Thomas Fox, Esq.<br>Senior Regional Counsel – Region 3 & Citywide Special Education<br>30-48 Linden Place<br>Flushing, New York 11354<br>(718) 281-3425 (phone)<br>(718) 281-3488/7608 (fax)<br>TFox@nycboe.net |
| **Regions 4 & 5** | Zvia Shapiro, Esq.<br>Senior Regional Counsel – Regions 4 & 5<br>28-11 Queens Plaza North<br>Long Island City, New York 11101<br>(718) 391-8225 (phone)<br>(718) 391- 8223 (fax)<br>ZShapiro@nycboe.net |
| **Region 6 & 7** | John Petrak, Esq.<br>Senior Regional Counsel – Regions 6 & 7<br>715 Ocean Terrace<br>Staten Island, New York 10301<br>(718) 390-1423 (phone)<br>(718) 420-5615 (fax)<br>JPetrak@nycboe.net |
| **Region 8 & Alternative High Schools** | Judith Kay, Esq.<br>Senior Regional Counsel – Region 8 & Alternative Programs<br>131 Livingston Street<br>Brooklyn, New York 11201<br>(718) 935-3620 (phone)<br>(718) 935-2383 (fax)<br>JKay@nycboe.net |
| **Region 9 & 10** | Diane McFarlane, Esq.<br>Senior Regional Counsel – Regions 9 & 10<br>333 7th Avenue<br>New York, New York 10001<br>(212) 356-7536 (phone)<br>(212) 356-3545 (fax)<br>DMcfarlane@nycboe.net |