OCTOBER 2004

### IV. MEDICAL EXAMINATIONS

Q: If I am concerned that an employee is not fit to be in the school, can I direct that employee to attend a medical examination?

A: Yes. You should contact your LIS (or, in CSD schools, the CS LIS) and ask that the LIS send the employee to the medical bureau.

While you, as the head of your school, can send an employee to the medical bureau – and you should keep the LIS and/or Regional Counsel in the loop on these communications – the preferred method is that your LIS make the request; thus, if the employee fails to attend his/her examination, s/he may be removed from the payroll system.

Q: What information should I provide to the Medical Bureau?

A: Supply as much information as possible – e.g. a description of the erratic behavior that triggered the request for review by the Medical Bureau.

Q: What happens if the medical bureau finds the employee fit?

A: S/he is returned to work but can be reassessed based on new information as many times as is warranted. Also, if the employee is fit for work, then the erratic behavior may be written up as a disciplinary matter. (See Discussion below regarding disciplinary letters, p. 26).

Q: What happens if the medical bureau finds the employee unfit?

A: The employee can be placed on a leave.

*Note:* The Medical Bureau does not impose discipline or commence termination proceedings; it only places employees on a leave of absence. Thus, if discipline is warranted you need to follow the appropriate steps.

Q: What if the employee does not show up for a medical examination?

A: The employee should be taken off payroll however you must consult your Regional Counsel and LIS. In order to remove an employee from payroll based on his/her failure to attend a medical examination the request to attend the examination must come from your LIS.

Q: What if a teacher returns from a medically excused leave of absence – i.e. the medical bureau determines s/he is fit to return – and nevertheless continues to be absent and/or late from work?

A: You should treat this absence as an unauthorized leave of absence, which can result in disciplinary action and a payroll deduction. See Discussion below regarding disciplinary letters, p.26; see chart entitled "Disciplinary Letters For An Employee's File."

17

OCTOBER 2004

## IV. MEDICAL EXAMINATIONS

Q: If I am concerned that an employee is not fit to be in the school, can I direct that employee to attend a medical examination?

A: Yes. You should contact your LIS (or, in CSD schools, the CS LIS) and ask that the LIS send the employee to the medical bureau.

While you, as the head of your school, can send an employee to the medical bureau – and you should keep the LIS and/or Regional Counsel in the loop on these communications – the preferred method is that your LIS make the request; thus, if the employee fails to attend his/her examination, s/he may be removed from the payroll system.

Q: What information should I provide to the Medical Bureau?

A: Supply as much information as possible – e.g. a description of the erratic behavior that triggered the request for review by the Medical Bureau.

Q: What happens if the medical bureau finds the employee fit?

A: S/he is returned to work but can be reassessed based on new information as many times as is warranted. Also, if the employee is fit for work, then the erratic behavior may be written up as a disciplinary matter. (See Discussion below regarding disciplinary letters, p. 26).

Q: What happens if the medical bureau finds the employee unfit?

A: The employee can be placed on a leave.

*Note:* The Medical Bureau does not impose discipline or commence termination proceedings; it only places employees on a leave of absence. Thus, if discipline is warranted you need to follow the appropriate steps.

Q: What if the employee does not show up for a medical examination?

A: The employee should be taken off payroll however you must consult your Regional Counsel and LIS. In order to remove an employee from payroll based on his/her failure to attend a medical examination the request to attend the examination must come from your LIS.

Q: What if a teacher returns from a medically excused leave of absence – i.e. the medical bureau determines s/he is fit to return – and nevertheless continues to be absent and/or late from work?

A: You should treat this absence as an unauthorized leave of absence, which can result in disciplinary action and a payroll deduction. See Discussion below regarding disciplinary letters, p.26; see chart entitled "Disciplinary Letters For An Employee's File."

17