OCTOBER 2004

## VI. SCHOOL BASED OPTION ("SBO")

1. **General.**

Q: What is an SBO?

A: An SBO is the process whereby you and the UFT chapter leader agree to propose to the UFT represented school staff deviations from certain requirements of the various UFT contracts, such as staffing, class size, rotation, etc. After you and the UFT chapter leader reach agreement on the SBO proposal the UFT chapter leader arranges for a vote. The proposal must be approved by fifty-five percent (55%) of the staff who vote and the SBO must specify which provisions of the contract will be altered. The proposal must be approved by the UFT district representative and president, the LIS, and the Chancellor. (Source: Teachers' Contract, Article 8B).

2. **Types of SBOs.**

Q: What are the various types of SBOs?

A:

- SBO Staffing and Transfer Plan: SBO Staffing and Transfer Plan exempts the school from the UFT Seniority Transfer provision but cedes all hiring decisions to a personnel committee a majority of whose members are appointed by the UFT Chapter. (See Discussion above regarding SBO Staffing and Transfer Plan; source: Teachers' Contract, Article 18B).

- Special SBO Process for Compensatory Time Positions: This SBO is used to create those compensatory time positions (i.e. non-instructional positions) that a principal cannot create unilaterally. (See Discussion above regarding compensatory time positions; source: Special Circular No. 6R, 1997-1998).

- Other Types: You may use an SBO to modify provisions of the Agreement regarding "class size, rotation of assignments/classes, teacher schedules and/or rotation of paid coverages." (Source: Teachers' Contract, Article 8).

25

OCTOBER 2004

## VI. SCHOOL BASED OPTION ("SBO")

1. **General.**

Q: What is an SBO?

A: An SBO is the process whereby you and the UFT chapter leader agree to propose to the UFT represented school staff deviations from certain requirements of the various UFT contracts, such as staffing, class size, rotation, etc. After you and the UFT chapter leader reach agreement on the SBO proposal the UFT chapter leader arranges for a vote. The proposal must be approved by fifty-five percent (55%) of the staff who vote and the SBO must specify which provisions of the contract will be altered. The proposal must be approved by the UFT district representative and president, the LIS, and the Chancellor. (Source: Teachers' Contract, Article 8B).

2. **Types of SBOs.**

Q: What are the various types of SBOs?

A:
- SBO Staffing and Transfer Plan: SBO Staffing and Transfer Plan exempts the school from the UFT Seniority Transfer provision but cedes all hiring decisions to a personnel committee a majority of whose members are appointed by the UFT Chapter. (See Discussion above regarding SBO Staffing and Transfer Plan; source: Teachers' Contract, Article 18B).

- Special SBO Process for Compensatory Time Positions: This SBO is used to create those compensatory time positions (i.e. non-instructional positions) that a principal cannot create unilaterally. (See Discussion above regarding compensatory time positions; source: Special Circular No. 6R, 1997-1998).

- Other Types: You may use an SBO to modify provisions of the Agreement regarding "class size, rotation of assignments/classes, teacher schedules and/or rotation of paid coverages." (Source: Teachers' Contract, Article 8).

25